IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL GOULD,

      Plaintiff,

v.                                   5:13cv386–WS–CJK

WILLIAM CHURCHWELL, et al.,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 21) docketed November 10, 2015. The magistrate judge recommends dismissal of all but one of the plaintiff's claims. In the words of the magistrate judge, "the only viable claim in plaintiff's complaint is the one asserting his Eighth Amendment rights were violated when he was placed into a cell coated with chemical agents." The plaintiff has filed objections (doc. 24) to the report and recommendation.

Having reviewed the matter in light of the plaintiff's objections, the court adopts the magistrate judge's report and recommendation with one minor caveat.

The magistrate judge recommends that the plaintiff be directed to file a third amended complaint "identifying the individuals responsible for placing him into the cell containing chemical agents." Doc. 21, p.16. To that recommendation, the plaintiff has responded: "The only way I could get these names at this point is to get them from the discovery process." Doc. 24, p. 9. Through this order, the court authorizes the plaintiff to conduct limited discovery to identify the unknown official(s) before he files a third amended complaint.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference in this order.

2.  The following claims are DISMISSED for failure to state a claim:

a. Plaintiff's First and Fourteenth Amendment claims for denial of access to courts;

b. Plaintiff's Eighth Amendment failure-to-protect claim;

c. Plaintiff's Fourteenth Amendment denial-of-grievances claim; and

d. Plaintiff's Eighth Amendment deprivation of property claim.

3. The clerk shall return the case to the magistrate judge for further proceedings on the plaintiff's Eighth Amendment claim that he was placed into a cell containing chemical agents.

4. Upon remand, the magistrate judge shall direct service upon an appropriate corrections official for the limited purpose of conducting discovery to identify the unknown individual(s) who allegedly placed the plaintiff into a cell covered in chemical pepper spray.

5.  The plaintiff shall have until March 29, 2016, to file a third amended complaint naming the unknown prison official(s).

DONE AND ORDERED this ___1st___ day of ___February___, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE