IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL GOULD,

    Plaintiff,

v.                                        5:13cv386–WS/CJK

WILLIAM CHURCHWELL, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 41) docketed May 26, 2016. The magistrate judge recommends that the plaintiff's "Motion for Injunctive Relief" (doc. 40) be denied. The plaintiff has filed objections (doc. 42) to the magistrate judge's report and recommendation.

    Upon review of the record in light of the plaintiff's objections, this court has determined that the report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not established an adequate basis for granting injunctive relief.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's "Motion for Injunctive Relief" (doc. 40) is DENIED.[1]

3. The case shall be remanded to the magistrate judge for further proceedings, including consideration of the plaintiff's objections (doc. 42) to the magistrate judge's order (doc. 41) regarding the timing for filing a third amended complaint.

DONE AND ORDERED this __16th__ day of __June__, 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff filed a "Petition for Permission to Appeal" on June 10, 2016, from non-final orders of the magistrate judge. That same day, the plaintiff's "Petition for Permission to Appeal" was forwarded to the United States Court of Appeals for the Eleventh Circuit, where it was assigned Case No. 16-13421. Because the plaintiff prematurely appeals non-final orders, this court retains jurisdiction over the case. *See United States v. Riolo*, 398 F. App'x 568, 571 (11th Cir. 2010) (citing *United States v. Hitchmon*, 602 F.2d 689, 694 (5th Cir. 1979) for the proposition that a premature appeal of a non-final order does *not* divest the district court of jurisdiction).