IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL GOULD,

      Plaintiff,

v.                                       5:13cv386–WS/CJK

WILLIAM CHURCHWELL,
et al.,

      Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 95) docketed April 13, 2017. The magistrate judge recommends that the defendants' motion to dismiss (doc. 88) be granted and that the plaintiff's action be dismissed for failure to exhaust administrative remedies. The plaintiff has filed objections (doc. 98) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 95) is ADOPTED and incorporated into this order by reference.

2. The defendants' motion to dismiss (doc. 88) is GRANTED.

3. The plaintiff's third amended complaint (doc. 60) and this action are DISMISSED with prejudice for failure to exhaust administrative remedies.

4. The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

5. All pending motions are DENIED as moot.

DONE AND ORDERED this ___6th___ day of ___June___, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE